# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Great American Insurance Company,

Plaintiff(s),

v.

State Farm Fire and Casualty Company,

Defendant(s).

Case No. 1:22-cv-03765
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

       which ☐ includes         pre–judgment interest.
                ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) State Farm Fire and Casualty Company
and against plaintiff(s) Great American Insurance Company
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Thomas M. Durkin on a motion for judgment on the pleadings.

Date: 3/31/2023

Thomas G. Bruton, Clerk of Court

E. Wall, Deputy Clerk